UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERRY L. RANSON,

     Plaintiff,

v.                                             CASE No. 8:08-CV-1928-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

_____

## REPORT AND RECOMMENDATION

The plaintiff, on September 25, 2008, filed a complaint in this case seeking review of a denial of a claim for Social Security benefits.[*] The plaintiff was directed, on January 9, 2009, to either pay the filing fee, or file a request to proceed in forma pauperis (Doc. 3). Thereafter, the plaintiff filed a motion to proceed on February 4, 2009 (Doc. 4), and that request was granted on February 6, 2009 (Doc. 5).

---

[*]This matter comes before the undersigned pursuant to the Standing Order of this court dated January 5, 1998. See also Local Rule 6.01(c)(21).

An Order was entered on June 12, 2009, directing the plaintiff to accomplish service upon the defendant within thirty days from the date of the Order, and that failure to do so could result in the case being dismissed (Doc. 6). The docket entry indicates that the plaintiff, who is proceeding pro se, was mailed a copy of this Order and the forms for service of process on June 15, 2009. Nevertheless, this deficiency has not been corrected.

Rule 4(m), F.R.Civ.P., provides that, "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action ... or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Since the time allowed by Rule 4(m) has elapsed without service, it seems that dismissal is warranted for the plaintiff's failure to effect service, unless the plaintiff shows good cause for her failure. This report and recommendation shall provide notice to the plaintiff of the proposed dismissal.

For these reasons, I recommend that this action be dismissed unless the plaintiff, in response to this report and recommendation, shows good cause for his failure to effect timely service.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: SEPTEMBER 14, 2009

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).