UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERRY L. RANSON,

    Plaintiff,

vs.                                  Case No. 8:08-CV-1928-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 8) submitted by the Magistrate Judge (Dkt. 8) recommending that this case be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

On September 25, 2008, Plaintiff filed the Complaint in this case seeking review of a denial of a claim for Social Security benefits. On June 12, 2009, the Magistrate Judge entered an Order directing Plaintiff to effect service on Defendant Commissioner of Social Security in accordance with Rule 4 within thirty days.[1] On September 16, 2009, the Magistrate Judge recommended (Dkt. 8) that the case be dismissed unless Plaintiff shows good cause for the failure to serve. Plaintiff has not objected or otherwise responded to the report and recommendation. Accordingly, it is

**ORDERED AND ADJUDGED:**

    1)    The Report and Recommendation (Dkt. 8) is adopted, confirmed, and approved in

---

[1] *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").

all respects and is made a part of this order for all purposes, including appellate review.

2) Pursuant to Rule 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 5th day of October, 2009.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record
Plaintiff